# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Abigail Jordan | ) | |
| | ) | |
| *Plaintiff* | ) | |
| | ) | Case No: 1:24-cv-01844 |
| v. | ) | |
| | ) | |
| Antony L. Blinken, *in his Official* | ) | |
| *capacity as Secretary of State, et al.,* | ) | |
| | ) | |

## AFFIDAVIT/CERTIFICATE OF SERVICE

I, David Alan Carmichael, hereby declare that on the 26th day of June, 2024, I hand-delivered the complaint, immediate motion to compel, notice of consent to a magistrate judge, civil cover sheet, the eighteen (18) exhibits referenced by the complaint and the motion, and drafts of the summons to the parties to the Clerk of Court at the District Court, address listed below.  Today, I sent this certificate of service, by certified mail to the same address listed here:

> Angela D. Caesar
> Clerk of Court, United States District Court
> 333 Constitution Avenue, N.W.
> Washington, D.C. 20001
> (Today's mailing, Cert. # 7016 2070 0000 5808 8367)

I attempted to hand deliver the copies (excluding the summons that has not yet been issued by the Clerk) to the Attorney General but they refused to take hand delivery and the normal place for service on the Constitution Avenue NW side of the building at their address listed below. Therefore, I mailed the documents, by certified mail, to the address at:

> Attorney General
> U.S. Department of Justice
> 950 Pennsylvania Avenue NW
> Washington, DC 20530-0001
> Certified mail #7016 2070 0000 5807 8993

I attempted to hand deliver the copies to the Department of State at their address listed below, but nobody answered the query made by the security officers at the delivery entrance.  Therefore, I mailed the documents today to the parties, by certified mail, to the parties at:

> Antony L. Blinken
> Secretary of State
> Executive Office of the Office of the Legal Adviser

U.S. Department of State
600 19th Street NW, Suite 5.600
Washington, D.C. 20522
Certified mail # 7016 2070 0000 5807 9006

Paul Peek
Director, Passport Adjudication
Executive Office of the Office of the Legal Adviser
U.S. Department of State
600 19th Street NW, Suite 5.600
Washington DC 20522
7016 2070 0000 5807 9013

Pseudonym "Customer Service Department"
Via Paul Peek, Director, Passport Adjudication
Executive Office of the Office of the Legal Adviser
U.S. Department of State
600 19th Street NW, Suite 5.600
Washington DC 20522
Certified mail # 7016 2070 0000 5807 9396

Under the penalty of perjury under the laws of the United States,

(Date) June 27, 2024

David Alan Carmichael
1748 Old Buckroe Road
Hampton, Virginia  23664
(757) 320-2220