# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Abigail Carmichael Jordan    *Plaintiff*    v.    Antony L. Blinken, *in his Official capacity as Secretary of State, et al.*, | Case No: 1:24-cv-01844 |

## AFFIDAVIT/CERTIFICATE OF SERVICE

I, David Alan Carmichael, hereby declare that on the ___ of August, 2024, served Abigail Carmichael Jordan's Proof of Service document for the above-referenced case. I served it to the court by certified mail and provided copies to the parties by first class mail, at:

Angela D. Caesar
Clerk of Court, United States District Court
333 Constitution Avenue, N.W.
Washington, D.C. 20001
(Today's mailing, Cert. # 7016 2070 0000 5808 8428)



Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530-0001

Antony L. Blinken
Secretary of State
Executive Office of the Office of the Legal Adviser
U.S. Department of State
600 19th Street NW, Suite 5.600
Washington, D.C. 20522

Paul Peek
Director, Passport Adjudication
Executive Office of the Office of the Legal Adviser
U.S. Department of State
600 19th Street NW, Suite 5.600
Washington DC 20522

Pseudonym "Customer Service Department"
Via Paul Peek, Director, Passport Adjudication
Executive Office of the Office of the Legal Adviser
U.S. Department of State
600 19th Street NW, Suite 5.600
Washington DC 20522

Under the penalty of perjury under the laws of the United States,

_David Alan Carmichael_ (Date) _August 28, 2024_
David Alan Carmichael
1748 Old Buckroe Road
Hampton, Virginia 23664
(757) 320-2220