# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Abigail Carmichael Jordan )<br><br>*Plaintiff* )<br>)<br>v. )<br>)<br>Antony L. Blinken, *in his Official* )<br>*capacity as Secretary of State, et al.,* )<br>) | Case No: 1:24-cv-01844 |

## PROOF OF SERVICE

I, Abigail Carmichael Jordan, hereby declare that I am providing proof of service upon the parties as reported by the United States Postal Service. The attached postal service tracking website reports that the defendant parties have been served the complaint, immediate motion to compel, notice of consent to a magistrate judge, civil cover sheet, the eighteen (18) exhibits referenced by the complaint and the motion in accordance with the certificate of service which I provide herewith (pages 2 and 3 of 11). USPS tracking is attached herewith, showing the parties listed received the court documents. I certify under penalty of perjury that the information is authentic as reported on the USPS website.

   Attorney General Merrick Garland
   Certified mail # 7016 2070 0000 5808 8993 (pages 4 and 5 of 11, attached)

   Antony L. Blinken
   Certified mail # 7016 2070 0000 5808 9006  (pages 6 and 7 of 11, attached)

   Paul Peek
   Certified mail # 7016 2070 0000 5808 9013 (pages 8 and 9 of 11, attached)

   Pseudonym "Customer Service Department"
   Certified mail # 7016 2070 0000 5808 9396 (pages 10 and 11 of 11, attached)

Under the penalty of perjury under the laws of the United States,

_____   (Date) 8-28-2024
Abigail Carmichael Jordan
c/o 1748 Old Buckroe Road
Hampton, Virginia  23664