ALERT: FLOODING AND SEVERE WEATHER IN THE SOUTH, SOUTHEAST, AND CENTRAL U.S. ...

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 70162070000058078993

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 5:00 am on July 1, 2024 in WASHINGTON, DC 20530.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

### Delivered

*Delivered, Individual Picked Up at Postal Facility*
WASHINGTON, DC 20530
July 1, 2024, 5:00 am

### Redelivery Scheduled for Next Business Day
WASHINGTON, DC 20530
June 29, 2024, 11:11 am

### Redelivery Scheduled for Next Business Day
WASHINGTON, DC 20530
June 29, 2024, 11:10 am

### Arrived at Post Office
WASHINGTON, DC 20018
June 29, 2024, 8:15 am

### Arrived at USPS Regional Destination Facility
WASHINGTON DC DISTRIBUTION CENTER
June 29, 2024, 2:10 am

*Proof of Service, Jordan v. Blinken, et al., p. 4 of 11*

**Departed Post Office**
HAMPTON, VA 23663
June 28, 2024, 5:02 pm

**USPS in possession of item**
HAMPTON, VA 23663
June 27, 2024, 10:55 am

Hide Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates** ⌄

**USPS Tracking Plus®** ⌄

**Product Information** ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

ALERT: FLOODING AND SEVERE WEATHER IN THE SOUTH, SOUTHEAST, AND CENTRAL U.S. ...

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 70162070000058079006

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 5:58 am on July 1, 2024 in WASHINGTON, DC 20521.

## Get More Out of USPS Tracking:

USPS Tracking Plus®

### Delivered
*Delivered, Individual Picked Up at Postal Facility*
WASHINGTON, DC 20521
July 1, 2024, 5:58 am

### Redelivery Scheduled for Next Business Day
WASHINGTON, DC 20521
June 30, 2024, 9:43 am

### Arrived at Hub
WASHINGTON, DC 20018
June 30, 2024, 9:34 am

### Arrived at USPS Regional Destination Facility
WASHINGTON DC DISTRIBUTION CENTER
June 29, 2024, 2:10 am

### Departed Post Office
HAMPTON, VA 23663
June 28, 2024, 5:02 pm

Proof of Service, Jordan v. Blinken, et al., p. 6 of 11

**USPS in possession of item**
HAMPTON, VA 23663
June 27, 2024, 10:56 am

**Hide Tracking History**

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates** ⌄

**USPS Tracking Plus®** ⌄

**Product Information** ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

ALERT: FLOODING AND SEVERE WEATHER IN THE SOUTH, SOUTHEAST, AND CENTRAL U.S. ...

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 70162070000058079013

Copy   Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at a postal facility at 6:03 am on July 3, 2024 in WASHINGTON, DC 20521.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

**Delivered**
*Delivered, Individual Picked Up at Postal Facility*
WASHINGTON, DC 20521
July 3, 2024, 6:03 am

**Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20521
July 2, 2024, 10:56 am

**Arrived at Post Office**
WASHINGTON, DC 20018
July 2, 2024, 8:15 am

**In Transit to Next Facility**
July 1, 2024

**Arrived at USPS Regional Destination Facility**
WASHINGTON DC DISTRIBUTION CENTER
June 28, 2024, 2:17 pm

**USPS in possession of item**

HAMPTON, VA 23663
June 27, 2024, 10:59 am

**Hide Tracking History**

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates** ⌄

**USPS Tracking Plus®** ⌄

**Product Information** ⌄

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

ALERT: FLOODING AND SEVERE WEATHER IN THE SOUTH, SOUTHEAST, AND CENTRAL U.S. ...

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 70162070000058079396

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at a postal facility at 5:58 am on July 1, 2024 in WASHINGTON, DC 20521.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

### Delivered

*Delivered, Individual Picked Up at Postal Facility*

WASHINGTON, DC 20521
July 1, 2024, 5:58 am

### Redelivery Scheduled for Next Business Day

WASHINGTON, DC 20521
June 30, 2024, 9:43 am

### Arrived at Hub

WASHINGTON, DC 20018
June 30, 2024, 9:34 am

### Arrived at USPS Regional Destination Facility

WASHINGTON DC DISTRIBUTION CENTER
June 29, 2024, 6:04 pm

### Departed Post Office

HAMPTON, VA 23663
June 28, 2024, 5:02 pm

Proof of Service, Jordan v. Blinken, et al., p. 10 of 11

**USPS in possession of item**
HAMPTON, VA 23663
June 27, 2024, 11:00 am

**Hide Tracking History**

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates** ⌄

**USPS Tracking Plus®** ⌄

**Product Information** ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**