# UNITED STATES DISTRICT COURT
for the
District of Columbia

Abigail Jordan )
)
*Plaintiff* )
)
v. ) Case No: 1:24-cv-01844
)
Antony L. Blinken, *in his Official* )
*capacity as Secretary of State, et al.,* )
)
)

RECEIVED
JUL - 1 2024
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

## AFFIDAVIT/CERTIFICATE OF SERVICE

I, David Alan Carmichael, hereby declare that on the 26th day of June, 2024, I hand-delivered the complaint, immediate motion to compel, notice of consent to a magistrate judge, civil cover sheet, the eighteen (18) exhibits referenced by the complaint and the motion, and drafts of the summons to the parties to the Clerk of Court at the District Court, address listed below. Today, I sent this certificate of service, by certified mail to the same address listed here:

Angela D. Caesar
Clerk of Court, United States District Court
333 Constitution Avenue, N.W.
Washington, D.C. 20001
(Today's mailing, Cert. # 7016 2070 0000 5808 8367)

I attempted to hand deliver the copies (excluding the summons that has not yet been issued by the Clerk) to the Attorney General but they refused to take hand delivery and the normal place for service on the Constitution Avenue NW side of the building at their address listed below. Therefore, I mailed the documents, by certified mail, to the address at:

Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530-0001
Certified mail #7016 2070 0000 5807 8993

I attempted to hand deliver the copies to the Department of State at their address listed below, but nobody answered the query made by the security officers at the delivery entrance. Therefore, I mailed the documents today to the parties, by certified mail, to the parties at:

Antony L. Blinken
Secretary of State
Executive Office of the Office of the Legal Adviser

Certificate of Service, Jordan v. Blinken, et al.

RECEIVED
07/05/2024
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

p. 1 of 2

U.S. Department of State
600 19th Street NW, Suite 5.600
Washington, D.C. 20522
Certified mail # 7016 2070 0000 5807 9006

Paul Peek
Director, Passport Adjudication
Executive Office of the Office of the Legal Adviser
U.S. Department of State
600 19th Street NW, Suite 5.600
Washington DC 20522
7016 2070 0000 5807 9013

Pseudonym "Customer Service Department"
Via Paul Peek, Director, Passport Adjudication
Executive Office of the Office of the Legal Adviser
U.S. Department of State
600 19th Street NW, Suite 5.600
Washington DC 20522
Certified mail # 7016 2070 0000 5807 9396

Under the penalty of perjury under the laws of the United States,

_[signature]_ (Date) June 27, 2024
David Alan Carmichael
1748 Old Buckroe Road
Hampton, Virginia 23664
(757) 320-2220

Certificate of Service, Jordan v. Blinken, et al.

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Abigail Jordan<br><br>*Plaintiff*<br><br>v.<br><br>Antony L. Blinken, *in his Official capacity as Secretary of State, et al.,* | )<br>)<br>)<br>)<br>)  Case No: Case No: 1:24-cv-01844<br>)<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT/CERTIFICATE OF SERVICE

I, David Alan Carmichael, hereby declare that on the 26th day of June, 2024, I attempted to deliver by <u>hand</u>, a copy of the summons, complaint, immediate motion to compel, notice of consent to a magistrate judge, civil cover sheet, the eighteen (18) exhibits referenced by the complaint and the motion to the office of the Attorney General. They refused to call a person to the door due to COVID restrictions. I lieu of that, I am serving the documents by mail to:

To: Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530-0001
Certified mail #7016 2070 0000 5807 8993

Under the penalty of perjury under the laws of the United States,

*/s/ David Alan Carmichael*   June 27, 2024
David Alan Carmichael
1748 Old Buckroe Road
Hampton, Virginia 23664
(757) 320-2220

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Abigail Jordan )
)
*Plaintiff* )
)
v. ) Case No: 1:24-cv-01844
)
Antony L. Blinken, *in his Official* )
*capacity as Secretary of State, et al.*, )
)
)

## AFFIDAVIT/CERTIFICATE OF SERVICE

I, David Alan Carmichael, hereby declare that on the 26th day of June, 2024, I attempted to deliver by <u>hand</u>, a copy of the summons, complaint, immediate motion to compel, notice of consent to a magistrate judge, civil cover sheet, the eighteen (18) exhibits referenced by the complaint and the motion to the office of the Secretary of State. Nobody from the office of the Legal Advisor was available to receive the package. I lieu of that, I am serving the documents by mail to:

Antony L. Blinken
Secretary of State
Executive Office of the Office of the Legal Adviser
U.S. Department of State
600 19th Street NW, Suite 5.600
Washington, D.C. 20522
Certified mail # 7016 2070 0000 5807 9006

Under the penalty of perjury under the laws of the United States,

_____ (Date) June 27, 2024
David Alan Carmichael
1748 Old Buckroe Road
Hampton, Virginia  23664
(757) 320-2220

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Abigail Jordan )<br>)<br>*Plaintiff* )<br>)<br>v. )<br>)<br>Antony L. Blinken, *in his Official* )<br>*capacity as Secretary of State, et al.,* )<br>)<br>*Defendant* ) | Case No: 1:24-cv-01844 |

### AFFIDAVIT/CERTIFICATE OF SERVICE

I, David Alan Carmichael, hereby declare that on the 26th day of June, 2024, I attempted to deliver by hand, a copy of the summons, complaint, immediate motion to compel, notice of consent to a magistrate judge, civil cover sheet, the eighteen (18) exhibits referenced by the complaint and the motion to the office of the Secretary of State. Nobody from the office of the Legal Advisor was available to receive the package. I lieu of that, I am serving the documents by mail to:

Paul Peek
Director, Passport Adjudication
Executive Office of the Office of the Legal Adviser
U.S. Department of State
600 19th Street NW, Suite 5.600
Washington DC 20522
7016 2070 0000 5807 9013

Under the penalty of perjury under the laws of the United States,

_David Alan Carmichael_  (Date) _June 27, 2024_
David Alan Carmichael
1748 Old Buckroe Road
Hampton, Virginia 23664
(757) 320-2220

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Abigail Jordan<br><br>*Plaintiff*<br><br>v.<br><br>Antony L. Blinken, *in his Official capacity as Secretary of State, et al.,*<br><br>*Defendants* | )<br>)<br>)<br>) Case No: 1:24-cv-01844<br>)<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT/CERTIFICATE OF SERVICE

I, David Alan Carmichael, hereby declare that on the 26th day of June, 2024, I attempted to deliver by <u>hand</u>, a copy of the summons, complaint, immediate motion to compel, notice of consent to a magistrate judge, civil cover sheet, the eighteen (18) exhibits referenced by the complaint and the motion to the office of the Secretary of State. Nobody from the office of the Legal Advisor was available to receive the package. I lieu of that, I am serving the documents by mail to:

Pseudonym "Customer Service Department"
Via Paul Peek, Director, Passport Adjudication
Executive Office of the Office of the Legal Adviser
U.S. Department of State
600 19th Street NW, Suite 5.600
Washington DC 20522
Certified mail # 7016 2070 0000 5807 9396

Under the penalty of perjury under the laws of the United States,

_____   (Date) June 27, 2024
David Alan Carmichael
1748 Old Buckroe Road
Hampton, Virginia 23664
(757) 320-2220