# UNITED STATES DISTRICT COURT

for the
District of Columbia

RECEIVED
Mail Room

OCT 25 2024

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

| | | |
|---|---|---|
| Abigail Carmichael Jordan | ) | |
| | ) | |
| *Plaintiff* | ) | |
| | ) | Case No: 1:24-cv-01844, TNM |
| v. | ) | |
| | ) | |
| Antony L. Blinken, et al. | ) | |
| | ) | |
| *Defendants* | ) | |

**Motion for Special Appointment to Serve Process**

1.      On October16, 2024, the court ordered the Clerk to issue summons to the Defendants by way of the United States Marshalls pursuant to Rule 4(c)(3).  Summons documents were delivered to the Clerk by me through my service agent when I filed the case on June 26, 2024. The service of process address for the Defendants in their official capacity is through the office of the Legal Advisor, United States Department of State.

2.      My process server provided a copy of the complaint and the motion to compel the issuance of my passport to the Defendants while waiting for the court to decide upon my petition to file in forma pauperis (Doc. Nos. 004, et seq., and 005).

3.      The Office of Legal Advisor returned the packages to me after a long wait for the delivery of summons from the court, but I returned those documents to them (Doc. No. 006).  The Office of Legal Advisor explained that their office would not pass documents to the Defendants who were sued in their individual capacities.  Those Defendants are passport adjudication employees, whose names and place of business are hidden behind the name "Customer Service Department."

1

Discovery will show that passport adjudicators do not work for the Department of State's actual

Customer Service Department. and 4(c)(3) ACJ

4.      Pursuant to Rule 4(c)(2), Federal Rules of Civil Procedure, I move the Court to specifically

appoint David Alan Carmichael, of Hampton, Virginia, to serve summons and other case

documents upon the named defendants sued in their private capacity.  Mr. Carmichael is over

eighteen (18) years old and is not a party to this action.  Mr. Carmichael is in Virginia, as are

some of the Defendants to be served.  It will save costs to the United States Marshall.

5.      The Service of Summons documents for those Defendants sued in their private capacities,

that are wanting the Clerk's signature, are enclosed with this motion along with a proposed

order.  The address cited is the assumed place of business.  A different location may be

discovered by the process server. ACJ

6.      The signed summons should be mailed to my service of process address, 1748 Old

Buckroe Road, Hampton, Virginia 23664, to be served by Mr. Carmichael.

Abigail Carmichael Jordan, Plaintiff

# UNITED STATES DISTRICT COURT

for the
District of Columbia

| | |
|---|---|
| Abigail Carmichael Jordan | ) |
| | ) |
| *Plaintiff* | ) |
| | ) Case No: 1:24-cv-01844 |
| v. | ) |
| | ) |
| Antony L. Blinken, *in his Official* | ) |
| *capacity as Secretary of State, et al.,* | ) |
| | ) |

## AFFIDAVIT/CERTIFICATE OF SERVICE

I, Maxmillion Richard McCullough, hereby declare that on the 22nd day of October, 2024, that I served Abigail Carmichael Jordan's Motion for Special Appointment to Serve Process, along with its proposed order and two summons documents. for the above-styled case.  I served it to the court by certified mail and provided copies to the parties and the proposed process server by certified mail, or by hand at:

Angela D. Caesar
Clerk of Court, United States District Court
333 Constitution Avenue, N.W.
Washington, D.C. 20001
(United States Certified Mail # 7016 2070 0000 5808 8633)

Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530-0001
(United States Certified Mail # 7016 2070 0000 5808 8473)

Antony L. Blinken
Secretary of State
Executive Office of the Office of the Legal Adviser
U.S. Department of State
600 19th Street NW, Suite 5.600
Washington, D.C. 20522
(United States Certified Mail # 7016 2070 0000 5808 8497)

Paul Peek
Director, Passport Adjudication
Executive Office of the Office of the Legal Adviser

Certificate of Service, *Jordan v. Blinken, et al.*                                                p. 1 of 2

U.S. Department of State
600 19th Street NW, Suite 5.600
(United States Certified Mail # 7016 2070 0000 5808 8480)

David Alan Carmichael
1748 Old Buckroe Road
Hampton, Virginia 23664
(by hand delivery)

Under the penalty of perjury under the laws of the United States

Maxmillion Richard McCullough        Date: _October 22, 2024_
703 Dresden Drive
Newport News, Virginia 23601

Certificate of Service, *Jordan v. Blinken, et al.*                                    p. 2 of 2