AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Abigail Carmichael Jordan<br><br>*Plaintiff(s)*<br>v.<br>Antony L. Blinken, et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:24-cv-01844, TNM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Paul Peek (in his individual capacity)
Place of Business at the office of
Director of Passport Adjudication
44132 Mercure Circle
Sterling, Virginia 20166

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Abigail Carmichael Jordan
c/o 1748 Old Buckroe Road
Hampton, Virginia 23664

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date:

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Abigail Carmichael Jordan<br><br>*Plaintiff(s)*<br>v.<br>Antony L. Blinken, et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1:24-cv-01844, TNM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Adjudicator for Application # 349223669, whose name is to be determined but goes by "Customer Service Department" in care of his or her supervisor Paul Peek, Place of Business at the office of Director of Passport Adjudication
44132 Mercure Circle
Sterling, Virginia  20166

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Abigail Carmichael Jordan
c/o 1748 Old Buckroe Road
Hampton, Virginia  23664

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date:

*Signature of Clerk or Deputy Clerk*