# UNITED STATES DISTRICT COURT
## for the
## District of Columbia

| | |
|---|---|
| Abigail Carmichael Jordan )<br><br>*Plaintiff* )<br>)<br>v. )<br>)<br>Antony L. Blinken, et al. )<br>)<br>*Defendants* ) | Case No: 1:24-cv-01844, TNM |

## ORDER

IT IS ORDERED this _____ day of _____, 2024, that David Alan Carmichael, of Hampton, Virginia, be appointed to serve the Summons and pleadings upon Defendants sued in their individual capacity in this action. The Clerk shall provide the summons, with the Clerk's signature affixed, and mail the documents to the Plaintiff's service of process address.

By the Court

_____
Trevor N. McFadden, District Court Judge