**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| ABIGAIL CARMICHAEL JORDAN | 1:24-cv-01844-TNM |
| DEFENDANT | TYPE OF PROCESS |
| ANTONY L. BLINKEN, et al | Summons and Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Merrick Garland, Attorney General of the United States
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
U.S. Department of Justice, 950 Pennsylvania Avenue, NW Washington, DC 20530

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

ABIGAIL CARMICHAEL JORDAN
1748 Old Buckroe Road
Newport News, VA 23664

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 4
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of:  [X] PLAINTIFF  [ ] DEFENDANT
/s/ Ma. Ursula Masagca
TELEPHONE NUMBER: 202-354-3283
DATE: 10/21/2024

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1/4
District of Origin No.: 16
District to Serve No.: 16
Signature of Authorized USMS Deputy or Clerk: Jahp n
Date: 10/21/2024

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
DAVID BURROUGHS R-2 MANAGER
Date: 11/1/2024   Time: 1:00 [X] pm

Address (complete only different than shown above)
Signature of U.S. Marshal or Deputy: Josetta A. Cherry

Costs shown on attached USMS Cost Sheet >>

REMARKS

RECEIVED
NOV - 4 2024
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Form USM-285
Rev. 03/21

U.S. MARSHAL-DC FH-2117
RECEIVED OCT 21 '24

AO 440b (Rev 12/09; DC 03/10) Summons in a Civil Action (Page 2)

Civil Action No. 1:24-cv-01844-TNM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Merrick Garland, Attorney General**
was received by me on *(date)* **10/21/2024**.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **David Burroughs (manager)**, who is designated by law to accept service of process on behalf of *(name of organization)* **Dept. of Justice Merrick Garland, Attorney General** on *(date)* **11/1/2024** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **11/1/2024**

*Server's signature*: Josette A. Chery

*Printed name and title*: Josette A. Chery, DUSM
U.S. Marshals Service
U.S. Courthouse
333 Constitution Ave., N.W.
Washington, D.C. 20001

*Server's address*

Additional information regarding attempted service, etc: