**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| ABIGAIL CARMICHAEL JORDAN | 1:24-cv-01844-TNM |
| DEFENDANT | TYPE OF PROCESS |
| ANTONY L. BLINKEN, et al | Summons and Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
ANTONY L. BLINKEN, Secretary, U.S. Department of State

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
2201 C Street, NW Washington, DC 20520

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| ABIGAIL CARMICHAEL JORDAN<br>1748 Old Buckroe Road<br>Newport News, VA 23664 | Number of process to be served with this Form 285 | 3 |
| | Number of parties to be served in this case | 4 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

| Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|
| /s/ Ma. Ursula Masagca | 202-354-3283 | 10/21/2024 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process 3/4 | District of Origin No. 16 | District to Serve No. 16 | Signature of Authorized USMS Deputy or Clerk /Jahpn/ | Date 10/21/2024 |
|---|---|---|---|---|---|

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | Date | Time | |
|---|---|---|---|
| Yan Hill (paralegal) | 11/12/24 | 12 07 | [ ] am [X] pm |

Address (complete only different than shown above)

Signature of U.S. Marshal or Deputy

*Costs shown on attached USMS Cost Sheet >>*

REMARKS: copy at 600 19th St NW Washington DC 20001

Form USM-285
Rev. 03/21

U.S. MARSHAL-DC PK 2:17
RECEIVED OCT 21 '24

RECEIVED
NOV 12 2024
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

AO 440b (Rev 12/09; DC 03/10) Summons in a Civil Action (Page 2)

Civil Action No. 1:24-cv-01844-TNM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* 600 19th St NW
was received by me on *(date)* 11/12/24 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Yam Him , who is
designated by law to accept service of process on behalf of *(name of organization)* US Department of State
600 19th St NW on *(date)* 11/12/24 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/12/24

Server's signature

Ross Kantola DUSM
*Printed name and title*
U.S. Marshals Service
U.S. Courthouse
333 Constitution Ave., N.W.
Washington, D.C. 20001

*Server's address*

Additional information regarding attempted service, etc: