**UNITED STATES DISTRICT COURT,
DISTRICT OF COLUMBIA**

| | |
|---|---|
| Abigail Jordan ) | |
| ) | |
| *Plaintiff* ) | |
| ) | Case No: **1:24-cv-01844 - TNM** |
| v. ) | |
| ) | |
| Antony L. Blinken, *in his Official* ) | |
| *capacity as Secretary of State, et al.,* ) | |
| ) | |
| *Defendants* ) | |

**PETITIONER/PLAINTIFF'S NOTICE OF DEFENDANTS' WAIVER OF OPPOSITION**

**The Deadline to Oppose Motion to Compel Is Expired:**

1. The Defendants' seven-day (7) deadline to file a brief in opposition to my motion to compel (ECF 3) expired at 11:59 p.m. on November 4, 2024. A docket report search at 7:30 a.m. on November 5, 2024, revealed that the Defendants missed the deadline (Attachment 1).

2. On October 16, 2024, the District Court ordered: "

"Pursuant to 28 U.S.C. § 1915(d) and Fed. R. Civ. P. 4(c)(3), the Clerk is requested to prepare and issue a summons and coordinate with the U.S. Marshals Service to effect service of process on Defendant. <u>Within seven days of service, the Defendants are ordered to file opposition briefing</u>. Further, Plaintiff's 6 Motion to Expedite In Forma Pauperis Decision is DENIED as Moot. SO ORDERED. Signed by Judge Trevor N. McFadden on 10/16/2024. (lctnm2) Modified to edit ECF reference number on 10/17/2024 (hmc). (Entered: 10/16/2024)" (Emphasis added)

3. The summons were issued on Monday, October 21, 2024 (ECF 8) and were served by the U.S. Marshalls on Monday, October 28, 2024 (ECF 10). The deadline for Defendants to oppose my immediate emergency motion to compel the issuance of my passport has expired.

**Order to Immediately Issue the Passport Is Warranted**

4. By the exhibits submitted with my passport applications and with my verified complaint (ECF 1-2, pp. 1-14, Exhibit 1), I show that I provided information and documentation



1

sufficient for the burden of proof to show that I am now, and was then, eligible for a U.S. passport, 22 C.F.R. §§ 51.40 through 51.42 (ECF 1-2, pp. 28-29, Exhibit 4).

5. The allegations stated in my complaint (ECF 1), and the facts and law stated in my motion to compel (ECF 3) have not been contested. They are therefore conceded.

**A Finding of Uncontested Facts Referred to in the Motion Is Warranted**

6. I respectfully demand, or otherwise petition, the Court to immediately find facts and make conclusions that the allegations of my complaint (ECF 1), the exhibits in support (ECF 1-2), and the prayer for relief in my motion to compel the issuance of my passport (ECF 3), are sufficient for the granting of motion as I cited in paragraph 5 of my motion:

 a) The movant shall be successful on the merits.

 b) The Plaintiff is likely to suffer irreparable harm without the injunction.

 c) The balance of equities and hardships is in the Plaintiff's favor.

 d) Injunction is in the public interest.

7. Therefore, the court has a duty to find and conclude rights, facts, and laws referred to in my complaint (ECF 1) and Compel the Defendants in their official capacity to issue the passport for which I applied, referred to in my complaint and motion as 349223669.

SS: _____
Abigail Carmichael Jordan

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Abigail Carmichael Jordan )<br><br>*Plaintiff* )<br> )<br>v. )<br> )<br>Antony L. Blinken, *in his Official* )<br>*capacity as Secretary of State, et al.,* )<br> ) | Case No: 1:24-cv-01844 |

### CERTIFICATE OF SERVICE

I, David Alan Carmichael, that I served Abigail Carmichael Jordan's PETITIONER-/PLAINTIFF'S NOTICE OF DEFENDANTS' WAIVER OF OPPOSITION along with its attachment, for the above-styled case. I served it to the court by certified mail and provided copies to the government parties by mail or by hand at:

Angela D. Caesar
Clerk of Court, United States District Court
333 Constitution Avenue, N.W.
Washington, D.C. 20001
(United States Certified Mail # 7022 0410 0001 4015 2397 )

Merrick Garland
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530-0001
(United States Certified Mail # 7016 2070 0000 5808 8503)

Under the penalty of perjury under the laws of the United States

*David Alan Carmichael*   Date: *November 7, 2024*
David Alan Carmichael
1748 Old Buckroe Road
Hampton, Virginia 23664