# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Abigail Carmichael Jordan )<br><br>*Plaintiff* )<br>)<br>v. )<br>)<br>Antony L. Blinken, *in his Official* )<br>*capacity as Secretary of State, et al.,* )<br>) | Case No: 1:24-cv-01844 - TNM |

## COVER SHEET

**PETITIONER/PLAINTIFF'S NOTICE OF DEFENDANTS' WAIVER OF OPPOSITION**

**ATTACHMENT 1**

**CIVIL DOCET FOR CASE #: 1:24-cv-01844-TNM**

IFP,PROSE-NP,TYPE-F

## U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:24-cv-01844-TNM

JORDAN v. BLINKEN et al
Assigned to: Judge Trevor N. McFadden
Demand: $10,000
Cause: 42:1983 Civil Rights Act

Date Filed: 06/26/2024
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**ABIGAIL CARMICHAEL JORDAN**     represented by **ABIGAIL CARMICHAEL JORDAN**
1748 Old Buckroe Road
Newport News, VA 23664
PRO SE

V.

**Defendant**

**ANTONY BLINKEN**
*in his official capacity as Secretary of State*

**Defendant**

**PAUL PEEK**
*in his official capacity as Director of passport adjudication and in his private capacity as Tortfeasor*

**Defendant**

**PASSPORT AGENT(S)**
*Customer Service Department, in their private capacity as tortfeasor*

**Defendant**

**UNITED STATES**

| Date Filed | # | Docket Text |
|---|---|---|
| 06/26/2024 |   | **Initiating Pleading & IFP Application Received on 06/26/2024.** A copy of the docket sheet has been mailed to the address of record for the pro se party. (zcb) (Entered: 09/19/2024) |
| 06/26/2024 | 1 | COMPLAINT against All Defendants filed by ABIGAIL CARMICHAEL JORDAN. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit, # 3 Summons, # 4 Consent form)(zcb) (Entered: 09/19/2024) |
| 06/26/2024 | 2 | MOTION for Leave to Proceed in forma pauperis by ABIGAIL CARMICHAEL JORDAN. (zcb) (Entered: 09/19/2024) |

| | | |
|---|---|---|
| 06/26/2024 | 3 | MOTION for Emergency Injunction to Compel the Issuance of Passport by ABIGAIL CARMICHAEL JORDAN. (zcb) (Entered: 09/19/2024) |
| 07/05/2024 | 5 | AFFIDAVIT/CERTIFICAT OF SERVICE by ABIGAIL CARMICHAEL JORDAN. (zcb) (Entered: 10/07/2024) |
| 08/30/2024 | 4 | AFFIDAVIT of Service by ABIGAIL CARMICHAEL JORDAN. (Attachments: # 1 Affidavit of Service, # 2 Proof of Service, # 3 USPS Tracking)(zcb) (Entered: 09/19/2024) |
| 10/04/2024 | | MINUTE ORDER. The 2 Motion for Leave to Proceed In Forma Pauperis is GRANTED. So ORDERED by Judge Carl J. Nichols on October 4, 2024. (lccjn2) (Entered: 10/04/2024) |
| 10/04/2024 | 6 | MOTION to Expedite In Forma pauperis decision by ABIGAIL CARMICHAEL JORDAN. (zcb) (Entered: 10/07/2024) |
| 10/07/2024 | | Case Assigned to Judge Trevor N. McFadden. (zcb) (Entered: 10/07/2024) |
| 10/08/2024 | 7 | STANDING ORDER Establishing Procedures for Cases Before Judge Trevor N. McFadden. The parties are hereby ORDERED to read and comply with the directives in the attached standing order. Signed by Judge Trevor N. McFadden on 10/08/2024. (lctnm2). (Entered: 10/08/2024) |
| 10/16/2024 | | MINUTE ORDER: Pursuant to 28 U.S.C. § 1915(d) and Fed. R. Civ. P. 4(c)(3), the Clerk is requested to prepare and issue a summons and coordinate with the U.S. Marshals Service to effect service of process on Defendant. Within seven days of service, the Defendants are ordered to file opposition briefing. Further, Plaintiff's 6 Motion to Expedite In Forma Pauperis Decision is DENIED as Moot. SO ORDERED. Signed by Judge Trevor N. McFadden on 10/16/2024. (lctnm2) Modified to edit ECF reference number on 10/17/2024 (hmc). (Entered: 10/16/2024) |
| 10/21/2024 | 8 | SUMMONS(4) Issued as to ANTONY L. BLINKEN, PAUL PEEK, U.S. Attorney and U.S. Attorney General sent to the U.S. Marshals Service. (zmtm) (Entered: 10/21/2024) |
| 10/25/2024 | 9 | MOTION for Order by ABIGAIL CARMICHAEL JORDAN. (Attachments: # 1 Exhibit, # 2 Text of Proposed Order)(mg) (Entered: 10/31/2024) |
| 10/29/2024 | 10 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to the United States Attorney. Date of Service Upon United States Attorney on 10/28/2024. Answer due for ALL FEDERAL DEFENDANTS by 12/27/2024. (mg) (Entered: 10/31/2024) |
| 11/01/2024 | | MINUTE ORDER: The Plaintiff's 9 Motion for Order is DENIED as moot because the United States Attorney was served on 10/29/2024. SO ORDERED. Signed by Judge Trevor N. McFadden on 10/16/2024. (lctnm2) (Entered: 11/01/2024) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/05/2024 07:30:49 | | | |
| PACER Login: | freelancehuman | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:24-cv-01844-TNM |
| Billable Pages: | 2 | Cost: | 0.20 |