UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABIGAIL CARMICHAEL JORDAN,<br><br>        Plaintiff,<br><br>    v.<br><br>ANTONY BLINKEN,<br>Secretary of State, et al.,<br><br>        Defendants. | Civil Action No. 24-1844 (TNM) |

**<u>DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION</u>**

Defendants in the above captioned matter respectfully move for an extension of time to respond to Plaintiff's Motion for Emergency Injunction to Compel the Issuance of a Passport (ECF No. 3, "Injunction Motion"). Pursuant to the Court's Minute Order of November 18, 2024, a response is due today, November 19, 2024. Defendants seek an extension until December 10, 2024, and respectfully request that the Court consider this request despite it being filed on less than four business days' notice. *See* Standing Order (ECF No. 7).

Pursuant to Local Civil Rule 7(m), undersigned counsel attempted to consult with Plaintiff prior to filing this motion to obtain her position on the motion. A phone call was placed this morning to the plaintiff. There was no answer, and a message could not be left because the mailbox was full. Counsel followed that attempt with an email this morning to the Plaintiff. As of the filing of this motion, counsel has not yet received a response.

There are good grounds for the granting of this motion pursuant to Federal Rule of Civil Procedure ("Rule") 6(b). Plaintiff filed her complaint on June 26, 2024 (ECF No. 1), claiming she was denied a passport on October 22, 2019 (*id*. at 7), and on November 9, 2022 (*id*. at 8). The complaint was not served on the U.S. Attorney until October 29, 2024 (four months after it was

filed), and the answer for all Federal Defendants is due on December 27, 2024. *See* Return of Service (ECF No. 10); Min. Order of Nov. 18, 2024 (correcting deadline for defendants to respond to the Complaint). Notably, the service package received by the U.S. Attorney's Office only included a copy of the complaint and not a copy of the Injunction Motion. Accordingly, this matter was placed into the Office's general assignment queue instead of its emergency assignment process.

Plaintiff's Injunction Motion was also filed on June 26, 2024 (ECF No. 3), but as stated, the U.S. Attorney's Office has never been served with a copy of this motion, and only learned about it yesterday. Emergency motions require a plaintiff to make good faith efforts to ensure that the opposing party is aware of such motion, but here Defendants have no record of receiving such notice. *See, e.g.*, LCvR 65.1(a) (requiring applicant for temporary restraining order to provide "actual notice of the time of making the application, and [state that] copies of all pleadings and papers filed in the action to date or to be presented to the Court at the hearing, have been furnished to the adverse party"). In all events, Defendants do not intend to complicate this matter by requiring formal service of the Injunction Motion provided that they are afforded a reasonable period to prepare a response.

Undersigned counsel, as with all Assistant United States Attorneys, has an extremely active and burdensome litigation caseload. Last night he was assigned this matter. Today he already has been in contact with the appropriate agency to gather information and, as stated above, has made multiple attempts to contact the Plaintiff. That said, there is not enough time to prepare a well-reasoned and thorough response to Plaintiff's motion by the current due date.

Additionally, counsel's son, who is active-duty military, is returning from a lengthy overseas deployment, and counsel is traveling to California to visit him for Thanksgiving and will

be taking annual leave, departing the morning of November 20, 2024, and returning on November 29, 2024. While counsel intends to be online as necessary to respond to emails and address any emergent items, counsel respectfully requests this extension, so that he may focus on preparing a concise and helpful response for the Court's consideration after returning from leave.

This motion is made in good faith, and, particularly given the years that passed before Plaintiff chose to bring this suit, no material prejudice to the parties should occur from granting this motion. Indeed, in the Injunction Motion, Plaintiff identifies no immediate international travel plans that would require the use of the requested passport. Allowing Defendants time to investigate Plaintiff's claims and prepare an appropriate response that will be helpful to the Court as it determines how to proceed in this matter.

Counsel regrets not being able to file this motion four days in advance, as this Court's standing order requires. Counsel was unable to do so because the case had not yet been assigned to the undersigned until overnight last night.

For the foregoing reasons, Defendants respectfully request that the Court afford them until December 10, 2024, to respond to Plaintiff's Injunction Motion. A proposed order is attached.

Dated: November 19, 2024
Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:      /s/ Thomas W. Duffey
THOMAS W. DUFFEY
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2510

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABIGAIL CARMICHAEL JORDAN,<br><br>  Plaintiff,<br><br>  v.<br><br>ANTONY BLINKEN,<br>Secretary of State, et al.,<br><br>  Defendants. | Civil Action No. 24-1844 (TNM) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' motion to extend their time to respond to Plaintiff's motion for an emergency injunction to compel the issuance of a passport (ECF No. 3), and the entire record herein, it is hereby

ORDERED that Defendants' motion is granted, and it is further

ORDERED Defendants shall respond to Plaintiff's motion by December 10, 2024.

SO ORDERED:

_____    _____
Dated                               TREVOR N. McFADDEN
                                    United States District Judge

- 5 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served upon the pro se Plaintiff this 19th day of November, 2024, via first class mail, at the following address on the docket:

ABIGAIL CARMICHAEL JORDAN
1748 Old Buckroe Road
Newport News, VA 2366

/s/ *Thomas W. Duffey*