AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Abigail Carmichael Jordan | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:24-cv-01844-TNM |
| Antony Blinken, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Abigail Carmichael Jordan.

Date: 12/23/2024

/s/ Robert A. Batista
*Attorney's signature*

Robert A. Batista (D.C. Bar. No. 1618522)
*Printed name and bar number*

Gibson, Dunn & Crutcher LLP
1700 M Street N.W.
Washington, D.C.  20036-4504

*Address*

RBatista@gibsondunn.com
*E-mail address*

(202) 955-8500
*Telephone number*

(202) 467-0539
*FAX number*