IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Abigail Carmichael Jordan,<br><br>                Plaintiff,<br><br>v.<br><br>Antony Blinken, in his official capacity as Secretary of State, *et al.*,<br><br>                Defendants. | Case No. 1:24-cv-01844-TNM |

**PLAINTIFF'S CONSENT MOTION
FOR EXTENSION OF DEADLINES
AND LEAVE TO FILE SUPPLEMENTAL REPLY BRIEF**

Pursuant to Federal Rule of Civil Procedure 6(b) and Directive No. 8 of this Court's Standing Order (Dkt. 7), Plaintiff Abigail Carmichael Jordan, by and through undersigned counsel, hereby moves for an extension of deadlines in this action to January 13, 2025, and for leave to file a supplemental reply brief in support of her Immediate Emergency Injunction Motion to Compel the Issuance of Passport (Dkt. 3), and states as follows:

      1.      In this action, Plaintiff challenges the denial of her application for a U.S. passport.

      2.      On June 26, 2024, Plaintiff, acting *pro se*, filed her Complaint and an Immediate Emergency Injunction Motion to Compel the Issuance of Passport. Dkts. 1, 3.

      3.      On December 10, 2024, Defendants filed a combined opposition to Plaintiff's Immediate Emergency Injunction Motion and Motion to Dismiss. Dkts. 17, 18.

      4.      Because Defendants' December 10 combined opposition and Motion was served on Plaintiff via first-class mail, *see* Dkt. 17 at 25; Dkt. 18 at 25, Plaintiff's deadline to file a reply

1

in support of her Immediate Emergency Injunction Motion was December 20, 2024, *see* LCvR 7(d); Fed. R. Civ. P. 6(d) ("3 days are added" to otherwise-applicable deadline when party is served by mail); Plaintiff's deadline to file an opposition to Defendants' Motion to Dismiss is December 27, 2024, *see* LCvR 7(b); Fed. R. Civ. P. 6(d); and Plaintiff's deadline to amend the Complaint as a matter of course is January 3, 2025, *see* Fed. R. Civ. P. 15(a)(1)(B); Fed. R. Civ. P. 6(d).

5. On December 18, 2024, this Court entered an Order requesting the undersigned to represent Plaintiff in this action. *See* Minute Order of December 18, 2024.

6. On the evening of December 22, 2024, the undersigned made initial contact with Plaintiff.

7. On December 23, 2024—prior to filing this motion—the undersigned entered a notice of appearance in this action on behalf of Plaintiff. Dkt. 19.

8. Plaintiff respectfully requests an initial extension of the upcoming deadlines—the December 27 deadline to file an opposition to Defendants' Motion to Dismiss, and the January 3 deadline to amend her Complaint as a matter of course—to January 13, 2025.

9. Under Federal Rule of Civil Procedure 6(b), this Court has discretion to extend both Plaintiff's opposition deadline and her deadline to amend the Complaint as a matter of course. *See, e.g.*, *Sevier v. Lowenthal*, 302 F. Supp. 3d 312, 324 (D.D.C. 2018); *Barnes v. District of Columbia*, 42 F. Supp. 3d 111, 117 (D.D.C. 2014).

10. Good cause exists for an initial extension of these deadlines to January 13, 2025. The undersigned has been diligently assessing the record and procedural history of this action, as well as the relevant law, since his appointment on December 18. Additional time is needed, however, for the undersigned to conduct a thorough assessment of the case and for Plaintiff to

determine—in consultation with the undersigned—whether to continue briefing the existing motions or instead to file an amended Complaint and potentially pursue further motions practice. If this initial extension is granted, Plaintiff will confer with Defendants regarding an appropriate schedule for further proceedings that Plaintiff will propose to the Court on or before January 13.

11. In addition, Plaintiff advised the undersigned on December 22 that she mailed to the Court on December 20 a reply in support of her Immediate Emergency Injunction Motion, and that she expects it to arrive at the Court on December 23. Plaintiff also sent the undersigned a copy of the reply. Because Plaintiff mailed this reply in between the undersigned's appointment on December 18 and the undersigned's initial contact with Plaintiff on the evening of December 22, Plaintiff respectfully requests that, if Plaintiff elects to proceed on her existing Complaint, she be permitted to supplement her reply brief through counsel by the same extended deadline that applies to her opposition to the Motion to Dismiss.

12. This motion is made in good faith and not for purposes of delay. Plaintiff has not previously requested any extensions or continuances, though it appears the Court *sua sponte* granted Plaintiff an extension of time to complete service of process upon Defendants. *See* Minute Order of October 16, 2024; Minute Order of November 18, 2024. Defendants requested and received a 21-day extension of time to file their response to Plaintiff's Complaint. *See* Dkt. 14; Minute Order of November 19, 2024. The requested extension would have no impact on any other deadlines, as no other deadlines (or hearings) have been set in this action. Defendants would not be prejudiced by the requested extension.

13. Pursuant to Local Civil Rule 7(m), the undersigned conferred with counsel for Defendants on December 23, 2024 regarding this motion. Counsel for Defendants stated that Defendants consent to this motion.

14. The undersigned acknowledges this Court's requirement that motions for extension of time be filed at least four business days ahead of the first affected deadline. *See* Directive No. 8(A) of this Court's Standing Order (Dkt. 7). Here, four business days ahead of the December 27 deadline was December 20, since December 25 is a federal holiday. The undersigned regrets not being able to file this motion by December 20, but was unable to make contact with Plaintiff by that date despite diligent efforts to do so. The undersigned was able to make initial contact with Plaintiff on the evening of December 22 and is filing this motion as soon as practicable thereafter.

WHEREFORE, Plaintiff respectfully requests that the Court extend the December 27, 2024 deadline to file an opposition to Defendants' Motion to Dismiss and the January 3, 2025 deadline to file an amended Complaint as a matter of course to January 13, 2025. Plaintiff also respectfully requests that, if she elects to proceed on her existing Complaint, she be permitted to supplement, through counsel, her reply in support of her Immediate Emergency Injunction Motion, by the same extended deadline that applies to her opposition to the Motion to Dismiss.

Dated: December 23, 2024    Respectfully submitted,

*/s/ Robert A. Batista*
Robert A. Batista (D.C. Bar No. 1618522)
  *Counsel of Record*
Jonathan C. Bond (D.C. Bar No. 1003728)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036-4504
Telephone: (202) 955-8500
Facsimile: (202) 467-0539
RBatista@gibsondunn.com
JBond@gibsondunn.com

*Counsel for Plaintiff*