IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Abigail Carmichael Jordan,<br><br>Plaintiff,<br><br>v.<br><br>Antony Blinken, in his official capacity as Secretary of State, *et al.*,<br><br>Defendants. | Case No. 1:24-cv-01844-TNM |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Consent Motion for Extension of Deadlines and Leave to File Supplemental Reply Brief, it is hereby **ORDERED** that the motion is **GRANTED**.

It is further **ORDERED** that Plaintiff's December 27, 2024 deadline to file an opposition to Defendants' Motion to Dismiss and January 3, 2025 deadline to file an amended Complaint as a matter of course are extended to January 13, 2025.

It is further **ORDERED** that, if Plaintiff elects to proceed on her existing Complaint, she is permitted to supplement, through counsel, her reply in support of her Immediate Emergency Injunction Motion to Compel the Issuance of Passport, by the same extended deadline that applies to her opposition to Defendants' Motion to Dismiss.

**SO ORDERED**.

Dated: _____

_____
The Honorable Trevor N. McFadden
United States District Judge