IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Abigail Carmichael Jordan,<br><br>                    Plaintiff,<br><br>     v.<br><br>Antony Blinken, in his official capacity as Secretary of State, *et al.*,<br><br>                    Defendants. | Case No. 1:24-cv-01844-TNM |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Motion for Extension of Amended-Complaint Deadline and for Entry of Schedule, it is hereby **ORDERED** that the motion is **GRANTED**.

It is further **ORDERED** that Plaintiff's deadline to file an amended complaint as a matter of course is extended to February 3, 2025.

It is further **ORDERED** that the following schedule will govern further proceedings:

Plaintiff's amended complaint:  **February 3, 2025**
Defendants' certified list of the contents of the administrative record:  **February 19, 2025**
Plaintiff's motion for summary judgment:  **March 5, 2025**
Defendants' opposition/cross-motion for summary judgment:  **April 4, 2025**
Plaintiff's reply/opposition:  **April 25, 2025**
Defendants' reply:  **May 16, 2025**

**SO ORDERED**.

Dated: _____

_____
The Honorable Trevor N. McFadden
United States District Judge