IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Abigail Carmichael Jordan,<br><br>Plaintiff,<br><br>v.<br><br>Marco Rubio, in his official capacity as U.S. Secretary of State, *et al.*,<br><br>Defendants. | Case No. 1:24-cv-01844-TNM |

**PLAINTIFF'S REQUEST FOR ISSUANCE OF SUMMONSES**

Plaintiff Abigail Carmichael Jordan respectfully requests that the Clerk of Court issue the attached summonses, so that Plaintiff may effectuate prompt service of the Amended Complaint (Dkt. 24).

Dated:  February 3, 2025

Respectfully submitted,

*/s/ Robert A. Batista*
Robert A. Batista (D.C. Bar No. 1618522)
  *Counsel of Record*
Jonathan C. Bond (D.C. Bar No. 1003728)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C.  20036-4504
Telephone: (202) 955-8500
Facsimile: (202) 467-0539
RBatista@gibsondunn.com
JBond@gibsondunn.com

*Counsel for Plaintiff*