IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Abigail Carmichael Jordan,<br><br>Plaintiff,<br><br>v.<br><br>Marco Rubio, in his official capacity as U.S. Secretary of State, *et al.*,<br><br>Defendants. | Case No. 1:24-cv-01844-TNM |

**PROOF OF SERVICE OF AMENDED COMPLAINT ON FEDERAL DEFENDANTS**

I hereby certify that service of the summons, amended complaint, Standing Order for Cases Before Judge Trevor N. McFadden, and Civil Docket Sheet for the above-captioned case was effected pursuant to Federal Rule of Civil Procedure 4(i)(2) on Defendant Marco Rubio, in his official capacity as U.S. Secretary of State, and Defendant United States Department of State (collectively, the "Federal Defendants"). I further certify that, pursuant to Rule 4(i), service of the summons, amended complaint, Standing Order for Cases Before Judge Trevor N. McFadden, and Civil Docket Sheet for the above-captioned case also was effected on the United States through the U.S. Attorney's Office for the District of Columbia and the U.S. Attorney General.

1.  On February 4, 2025, I caused to be deposited in the United States Mail copies of the summons, amended complaint, Standing Order for Cases Before Judge Trevor N. McFadden, and Civil Docket Sheet for the above-captioned case, addressed separately to Defendants Marco Rubio and United States Department of State, pursuant to Rule 4(i)(2); to the U.S. Attorney's

1

Office for the District of Columbia, pursuant to Rule 4(i)(1)(A)(ii); and to the U.S. Attorney General, pursuant to Rule 4(i)(1)(B).

2. On February 10, 2025, the copies of the summons, amended complaint, Standing Order for Cases Before Judge Trevor N. McFadden, and Civil Docket Sheet for the above-captioned case were delivered to each recipient by U.S. certified mail. The following chart lists the receipt number for each mailing and the date of delivery, as shown in the corresponding Exhibit for each recipient.

| Recipient | Receipt Number | Receipt & Tracking Report | Delivery Date |
|---|---|---|---|
| Marco Rubio | 7003 0500 0002 4328 8167 | **Exhibit A** | February 10, 2025 |
| United States Department of State | 7003 0500 0002 4328 8174 | **Exhibit B** | February 10, 2025 |
| U.S. Attorney's Office for D.C. | 7003 0500 0002 4328 8198 | **Exhibit C** | February 10, 2025 |
| U.S. Attorney General | 7003 0500 0002 4328 8181 | **Exhibit D** | February 10, 2025 |

3. The default deadline for the Federal Defendants to respond to the amended complaint would be April 11, 2025, *i.e.*, 60 days from the date they were served, *see supra* ¶ 2; Fed. R. Civ. P. 12(a)(2), but in this case there is already a summary-judgment schedule in place that supersedes that default for purposes of briefing, *see* Minute Order of Jan. 21, 2025.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 11, 2025

*/s/ Robert A. Batista*
Robert A. Batista (D.C. Bar No. 1618522)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036-4504
Telephone: (202) 955-8500
Facsimile: (202) 467-0539
RBatista@gibsondunn.com

*Counsel for Plaintiff*