# EXHIBIT B



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage | |

Postmark Here

FEB - 4 2025

Sent To
United States Department of State
Street, Apt. No.; or PO Box No.
2201 C Street, N.W.
City, State, ZIP+4
Washington, D.C. 20520

7003 0500 0002 4328 8174

PS Form 3800, June 2002                    See Reverse for Instructions

ALERT: WINTER STORMS IN THE MIDWEST THROUGH THE NORTHEAST U.S. MAY DELAY FIN…

# USPS Tracking®

FAQs ›

Remove ✕

**Tracking Number:**

## 70030500000243288174

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

Feedback

## Latest Update

Your item was picked up at a postal facility at 5:57 am on February 10, 2025 in WASHINGTON, DC 20521.

**Get More Out of USPS Tracking:**

   USPS Tracking Plus®

## Delivered

**Delivered, Individual Picked Up at Postal Facility**

WASHINGTON, DC 20521
February 10, 2025, 5:57 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

---

**Text & Email Updates**                                    ⌄

---

**USPS Tracking Plus®**                                       ⌄

---

**Product Information**                                       ⌄

**See Less** ⌃

---

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**