# EXHIBIT C



ALERT: WINTER STORMS IN THE MIDWEST THROUGH THE NORTHEAST U.S. MAY DELAY FIN…

USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

**70030500000243288198**

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

Feedback

**Latest Update**

Your item was picked up at a postal facility at 5:39 am on February 10, 2025 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Delivered**

**Delivered, Individual Picked Up at Postal Facility**

WASHINGTON, DC 20530
February 10, 2025, 5:39 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs