# EXHIBIT A



**U.S. Postal Service**™
## CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

7003 0500 0002 4328 8204

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage | |

Postmark Here

FEB - 4 2025

*Sent To*
Darryl Hellams, Deputy Director of Virginia's Office of Vital Records

*Street, Apt. No.*
*or PO Box No.*
Virginia Department of Health, Office of Vital Records

*City, State, ZIP+4*
P.O. Box 1000
Richmond, VA 23218-1000

PS Form 3800, June 2002                                    See Reverse for Instructions

**ALERT: WINTER STORMS IN THE MIDWEST THROUGH THE NORTHEAST U.S. MAY DELAY FIN...**

# USPS Tracking®

FAQs ›

Tracking Number:

Remove ✕

## 70030500000243288204

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

Feedback

### Latest Update

Your item has been delivered and is available at a PO Box at 10:51 am on February 7, 2025 in RICHMOND, VA 23218.

Get More Out of USPS Tracking:

USPS Tracking Plus®

### Delivered
**Delivered, PO Box**

RICHMOND, VA 23218
February 7, 2025, 10:51 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

**See Less ⌃**

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**