# EXHIBIT C



ALERT: WINTER STORMS IN THE MIDWEST THROUGH THE NORTHEAST U.S. MAY DELAY FIN…

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 70030500000243288228

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

Feedback

**Latest Update**

Your item has been delivered and is available at a PO Box at 10:52 am on February 7, 2025 in RICHMOND, VA 23218.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, PO Box**
RICHMOND, VA 23218
February 7, 2025, 10:52 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs