# EXHIBIT F

<u>Return of Service</u>

UNITED STATES DISTRICT COURT
District of Columbia

Abigail Carmichael Jordan
    Plaintiff

Case Number: 1:24-cv-01844-TNM

vs.

Marco Rubio, in His Official Capacity as U.S.
Secretary of State, et al,
    Defendant

On behalf of:
Gibson, Dunn & Crutcher LLP
1700 M Street, N.W.
Washington, D.C. 20036-4504

Received by Cavalier to be served on Darryl Hellams, Deputy Director of Virginia's Office of Vital Records at 2001 Maywill St, Suite 101, Richmond, VA 23230.

I, James Anderson, being duly sworn, depose and say that on February 5, 2025 at or about 11:06 AM I served Summons & Amended Complaint; Standing Order for Cases Before Judge Trevor N. McFadden; Civil Docket Sheet personally to Howard Pitt as authorized agent of Darryl Hellams, Deputy Director of Virginia's Office of Vital Records. Service occurred at Virginia Department of Health, Office of Vital Records, 2001 Maywill St Suite 101 Richmond, VA 23230.

I am a natural person over the age of eighteen and am not a party or otherwise interested in the subject matter in controversy. I am a private process server authorized to serve this process in accordance with relevant law. Under penalty of perjury, I declare that the foregoing is true and correct.

James Anderson      2/7/25
Cavalier CPS      Date
823-C S. King Street
Leesburg, VA 20175
(703) 431-7085

Our Job Number: 2025-136433