# EXHIBIT I

**Return of Service**

**UNITED STATES DISTRICT COURT**
**District of Columbia**

Abigail Carmichael Jordan
    Plaintiff

Case Number: 1:24-cv-01844-TNM

vs.

Marco Rubio, in His Official Capacity as U.S.
Secretary of State, et al,
    Defendant

On behalf of:
Gibson, Dunn & Crutcher LLP
1700 M Street, N.W.
Washington, D.C. 20036-4504

Received by Cavalier to be served on Karen Shelton, Commissioner for the Virginia Department of Health, at 109 Governor Street, Richmond, VA 23219.

I, James Anderson, being duly sworn, depose and say that on February 5, 2025 at or about 11:58 AM I served Summons & Amended Complaint; Standing Order for Cases Before Judge Trevor N. McFadden; Civil Docket Sheet personally to Cathy Peppers as authorized agent of Karen Shelton. Service occurred at Virginia Department of Health, 109 Governor Street, Richmond, VA 23219.

I am a natural person over the age of eighteen and am not a party or otherwise interested in the subject matter in controversy. I am a private process server authorized to serve this process in accordance with relevant law. Under penalty of perjury, I declare that the foregoing is true and correct.

_____    2/7/25
James Anderson    Date
Cavalier CPS
823-C S. King Street
Leesburg, VA 20175
(703) 431-7085

Our Job Number: 2025-136437