# EXHIBIT K

### Return of Non-Service

**UNITED STATES DISTRICT COURT**
**District of Columbia**

Abigail Carmichael Jordan
   Plaintiff

Case Number: 1:24-cv-01844-TNM

vs.

Marco Rubio, in His Official Capacity as U.S.
Secretary of State, et al,
   Defendant

On behalf of:
Gibson, Dunn & Crutcher LLP
1700 M Street, N.W.
Washington, D.C. 20036-4504

Received by Cavalier to be served on Governor Glenn Youngkin, Office of the Governor of Virginia, at 1111 E Main Street, 16th Floor, Richmond, VA 23219.

I, James Anderson, being duly sworn, depose and say that on February 5, 2025 at or about 12:00 PM I was not able to serve Summons & Amended Complaint; Standing Order for Cases Before Judge Trevor N. McFadden; Civil Docket Sheet for the reasons detailed below.

On February 5, 2025, at 11:45 AM Attempted service at the Office of the Attorney General, 202 North Ninth Street, Richmond, VA 23219, spoke to Jennifer Onusconich who refused service and stated that they only accept service if the Attorney General or the Commonwealth of Virginia is listed as a defendant in the case. Then, I attempted service at the Office of the Governor at 1111 E Broad Street, Richmond, VA 23219. They refused service and tried to direct service to the Attorney General's Office.

I am a natural person over the age of eighteen and am not a party or otherwise interested in the subject matter in controversy. I am a private process server authorized to serve this process in accordance with relevant law. Under penalty of perjury, I declare that the foregoing is true and correct.

_____   2/7/25
James Anderson              Date
Cavalier CPS
823-C S. King Street
Leesburg, VA 20175
(703) 431-7085

Our Job Number: 2025-136438