UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABIGAIL CARMICHAEL JORDAN,<br><br>    Plaintiff,<br><br>    v.<br><br>MARCO RUBIO, et al.,<br><br>    Defendants. | Civil Action No. 24-1844 (TNM) |

**THE FEDERAL DEFENDANTS' CONSENT MOTION TO HOLD THE FILING OF THEIR RESPONSE TO THE AMENDED COMPLAINT IN ABEYANCE AND FOR AN EXTENSION OF TIME TO FILE THE LIST OF THE CERTIFIED CONTENTS OF THE ADMINISTRATIVE RECORD**

Now come Marco Rubio, the Secretary of State, and the Department of State (the "Federal Defendants") in the above captioned matter, and respectfully request: 1) that the filing date for their response to the amended complaint (filed on February 3, 2025 (ECF No. 24)) be held in abeyance until further order of the Court, and 2) that the time to file their certified list of the contents of the administrative record ("certified list") be extended to February 26, 2025.

Since the original complaint in this matter was filed on June 26, 2024 (ECF No. 1), a response to the amended complaint appears to be due on February 18, 2025, pursuant to Fed. R. Civ. P. 15(a)(3). However, pursuant to a docket entry dated February 11, 2025, the answer date for all Federal Defendants is April 11, 2025 (ECF No. 29).

Pursuant to the January 21, 2025, Minute Order of the Court, the Federal Defendants' certified list of the contents of the administrative record is due on February 19, 2025. Defendants seek an extension until February 26, 2025, for the filing of the certified list.

Pursuant to Local Civil Rule 7(m), undersigned counsel consulted with counsel for Plaintiff, Robert Batista, prior to filing this motion to obtain his assent or position on the motion, and he has kindly assented to the relief requested.

## BACKGROUND

Plaintiff filed her original complaint on June 26, 2024, alleging that she has twice applied for a United States passport, but her applications have been denied. She claims to have submitted supporting documentation with her applications that shows her nationality and citizenship, and that she is therefore legally entitled to the issuance of a passport. Compl. at 1-2. Plaintiff claims to have been born in Virginia on November 7, 1998, to parents who are United States Citizens. Compl. at 3-4. Plaintiff alleges that she first applied for a passport on or about April 4, 2019, with documentation showing she was a natural born citizen or national of the United States. *Id*. at 4. She could not provide a birth certificate and asked for an accommodation on religious grounds. *Id*.

The Department of State ("Department") informed Plaintiff that she had submitted insufficient evidence of United States citizenship or nationality and requested additional information to establish entitlement to a U.S. passport pursuant to 22 C.F.R. § 51.45. The Department denied both applications.

Plaintiff was informed by the Department that she needed a statement from the appropriate state registrar of records (Virginia) certifying that there is no birth record. There have been difficulties in obtaining that record from the State of Virginia  Plaintiff's original complaint alleged, amongst other claims, injury to her rights of "religion, travel, liberty and due process in violation of the First, Fourth, Fifth and Ninth Amendments to the United States Constitution." Compl. at 19.

Plaintiff filed a motion to appoint counsel on December 4, 2024 (ECF No. 16), which was granted on December 18, 2024, and Attorneys Batista and Jonathan Charles Bond entered their appearances on December 23, 2024, on behalf of Plaintiff (ECF No. 19).  After the filing of a consent motion for an extension of time to file an amended complaint, the Court entered a Minute Order dated January 21, 2025, ordering Plaintiff to file an amended complaint by February 3, 2025, and Defendants to file the certified list by February 19, 2025.  A summary judgment briefing schedule was also ordered.

Plaintiff filed her amended complaint on February 3, 2025 (ECF No. 24), which added as Defendants officers from Virginia's Department of Health and Office of Vital Records.  She makes claims under the Religious Freedom Restoration Act, a First Amendment claim, a claim under the Administrative Procedure Act, as well as other claims. The Virginia Defendants' response to the amended complaint is due on February 28, 2025 (ECF No. 28).  Appearances on behalf of the Virginia Defendants have not yet been entered.

## ARGUMENT

There are good grounds for the granting of this motion pursuant to Federal Rule of Civil Procedure ("Rule") 6(b).

Agency counsel assigned to this matter was sent on a work assignment to Rome and will not be returning until next week.  Further, undersigned counsel has been in communication with representatives from the Department of State and from Virginia's Department of Health – Office of Vital Records, and the office of the Virginia Attorney General, to obtain information that would be satisfactory to the Department to establish Plaintiff's entitlement to a U.S. passport.  The discussions have been productive and may potentially resolve this matter without the need for protracted litigation or the filing of dispositive motions.

The response to the amended complaint from the State of Virginia Defendants is not due until February 28, 2025.  Thus, the Federal Defendants assert that Plaintiff would not be prejudiced by the granting of this motion.

As stated above, the Court has already ordered a summary judgment briefing schedule without an answer having been filed, which sometimes occurs in Administrative Procedure Act cases.

Finally, undersigned counsel, as with all Assistant United States Attorneys, has an extremely active and burdensome litigation caseload.  Nonetheless, he has been actively working on the matter and been in contact with the Department of State to gather information and, as stated above, has also been in discussions with the appropriate persons with the State of Virginia.

For the foregoing reasons, it is respectfully requested that the Federal Defendants response to the amended complaint be held in abeyance until further order of this Court and that they be given until February 26, 2025, to file the certified list.  A proposed order is attached.

Counsel realizes that this Court's Standing Order requires motions to extend to be filed four business days prior to the due date, and that this motion does not adhere to that directive. Counsel apologizes to the Court for the untimely submission. Counsel first contacted Plaintiff's counsel regarding extensions of the foregoing due dates on the morning of February 12, 2025, and at that time counsel requested a longer extension period.  Counsel for the Federal Defendants and the Plaintiff continued their discussions, and various proposals were discussed until they reached an agreement, which was finally reached today at approximately 1:05 p.m.

Thus, the untimely filing is the result of the parties' good faith discussions on the extension request and a shortening of the requested extension due dates, communications with agency

counsel presently overseas, communications with the State of Virginia, and efforts to explore a resolution

Dated: February 14, 2025
       Washington, DC

Respectfully submitted,

EDWARD R. MARTIN, D.C. Bar #481866
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:     */s/ Thomas W. Duffey*
THOMAS W. DUFFEY
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2510

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABIGAIL CARMICHAEL JORDAN,<br><br>     Plaintiff,<br><br>   v.<br><br>ANTONY BLINKEN, et al.,<br><br>     Defendants. | Civil Action No. 24-1844 (TNM) |

# [PROPOSED] ORDER

This matter, having come before the Court on the consent motion of the Federal Defendants to extend the time to respond to Plaintiff's amended complaint and to file the certified list of the contents of the administrative record, and the Court having considered the motion and the entire record herein, it is hereby ORDERED

That Defendants' motion is granted, and the Federal Defendants response to the amended complaint is stayed until further order of the Court, and the Federal Defendants shall file the certified list of the contents of the administrative record by February 26, 2025.

_____
TREVOR N. McFADDEN
United States District Judge