AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Abigail Carmichael Jordan | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:24-cv-01844-TNM |
| Marco Rubio, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Darryl Hellams, Seth Austin, Suresh Soundararajan, and Karen Shelton (sued in their offical capacities).

Date:  02/21/2025

/s/ Matthew Wright, Esq.
*Attorney's signature*

Matthew Wright (DC Bar No. 474731)
*Printed name and bar number*
McCarter & English LLP
1301 K Street, N.W. Suite 1000 West
Washington, DC 20005

*Address*

mwright@mccarter.com
*E-mail address*

(202) 753-3402
*Telephone number*

(202) 354-4553
*FAX number*