# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABIGAIL CARMICHAEL JORDAN., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | Civil Action No. 24-1844 (TNM) |
| ) | |
| MARCO RUBIO, et al., ) | |
| ) | |
| Respondent. ) | |
| _____) | |

## VIRGINIA DEFENDANTS' CONSENTED MOTION TO HOLD FILING OF THEIR RESPONSE TO THE AMENDED COMPLAINT IN ABEYANCE IN LIGHT OF THE COURT'S SCHEDULED BRIEFING OF DISPOSITIVE MOTIONS

Defendants Darryl Hellams (in his official capacity as Deputy Director of Virginia's Office of Vital Records), Seth Austin (in his official capacity as Director and State Registrar of Virginia's Office of Vital Records), Suresh Soundararajan (in his official capacity as Chief Information Officer for the Virginia Department of Health) and Karen Shelton (in her official capacity as Commissioner for the Virginia Department of Health) (collectively hereinafter, "the Virginia Defendants"), by and through counsel, respectfully request that the Court hold in abeyance the deadline to respond to the Plaintiff's Amended Complaint in light of the Court's Minute Order dated January 21, 2025. That Order sets forth a briefing schedule for the parties' presentation of dispositive motions in this case:

- Plaintiff's motion for summary judgment is to be filed by March 5, 2025.

- Defendants' opposition thereto and any cross-motion(s) for summary judgment are to be filed by April 4, 2025.

- Plaintiff's opposition and reply in support of summary judgment is to be filed by April 25, 2025.

- Defendants' reply in support of their motion(s) for summary judgment are to be filed by May 16, 2025.

The Court has also stayed the Federal Defendants' deadline to Answer or otherwise respond to the Amended Complaint in light of the briefing schedule described above.

Pursuant to Local Civil Rule 7(m), undersigned counsel has consulted with counsel for Plaintiff, Robert Batista and Jonathan Bond, and provided a copy of this motion for their review and consent prior to filing. Plaintiff's counsel has agreed that this motion and the requested relief is consented and unopposed.

## ARGUMENT

There are good grounds for the granting of this motion pursuant to Fed. R. Civ. P. 6(b). Shortly after receiving service of the Amended Complaint earlier this month, representatives from the Virginia Department of Health and the Virginia Office of Attorney General have been in communication with counsel for the Federal Defendants to explore a potential solution to Plaintiff's request for a passport, which may yield a resolution of this matter without the need for protracted litigation. Even if no acceptable resolution or accommodation may be negotiated among the parties in the coming days, the Court's current briefing schedule for dispositive motions provides a vehicle for the Virginia Defendants to submit their consolidated response to the Amended Complaint under Federal Rules 12 and 56 on or by April 4, 2025, which may be filed along with the Federal Defendants' opposition to Plaintiff's motion for summary judgment and any cross-motion(s) for summary judgment that the Defendants may present. In light of the Court's existing schedule for briefing dispositive motions, the Virginia Defendants respectfully submit that the current deadline of February 28, 2025, to submit their Answer or other response to the Amended Complaint may be held in abeyance pending the result of that briefing. The Virginia Defendants do not seek to alter any of the Court's other scheduled dates or deadlines.

For the foregoing reasons, the Virginia Defendants respectfully request that their response to the Amended Complaint be held in abeyance until further order of this Court. A proposed order is attached hereto.

Dated: February 21, 2025

Respectfully submitted,

**McCarter & English LLP**

/s/ Matthew Wright
Matthew Wright (DDC Bar No. 474731)
McCarter & English LLP
1301 K Street N.W., Suite 1000 West
Washington, DC 20005
(202) 753-3402 – Telephone
(202) 354-4553 – Facsimile
mwright@mccarter.com – E-mail

*Counsel for the Virginia Defendants, Darryl Hallams, Seth Austin, Suresh Soundararajan, and Karen Shelton (all sued in their official capacities)*