UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABIGAIL CARMICHAEL JORDAN., ) <br> ) <br> Plaintiff,   ) <br> ) <br> v.   ) <br> ) <br> MARCO RUBIO, et al.,   ) <br> ) <br> Respondent.  ) <br> _____) | Civil Action No. 24-1844 (TNM) |

### [PROPOSED] ORDER

This matter, having come before the Court on the Virginia Defendants' Consented Motion to Hold Filing of Their Response to the Amended Complaint in Abeyance, and the Court having considered the Consented Motion and the entire record herein, it is hereby **ORDERED** that the Consented Motion be, and hereby is, **GRANTED**.

It is **FURTHER ORDERED** that the Virginia Defendants' response to the Amended Complaint is stayed until further order of the Court.

It is **FURTHER ORDERED** that all other deadlines in this case set forth in the Court's Minute Order dated January 21, 2025, remain in effect.

**SO ORDERED.**

_____
**Trevor N. McFadden**
**United States District Judge**