THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABIGAIL CARMICHAEL JORDAN<br><br>*Plaintiff*,<br><br>v.<br><br>MARCO RUBIO<br>Secretary of State, et al.,<br><br>*Defendants* | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:24-cv-01844-TNM<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATION OF THE INDEX OF THE ADMINISTRATIVE RECORD FOR PLAINTIFF ABIGAIL CARMICHAEL JORDAN**

Pursuant to 28 U.S.C. § 1746, I, Regina Ballard, do hereby declare and state as follows:

1. I am the Division Chief of the Records Review and Release Division in the Office of Records Management, Passport Services Directorate, Bureau of Consular Affairs, United States Department of State. My duties include determining the release of U.S. passport records and information. Based on my professional skills, training, experience, responsibilities and personal knowledge, I have been designated to provide this declaration.

2. I am the primary employee responsible for the certification of the Administrative Record in the above captioned case with respect to Abigail Carmichael Jordan.

3. I certify that the attached index is a true and accurate list of all documents relating to the 2019 and 2022 passport applications for Abigail Carmichael Jordan.

Executed on this  25  day of February 2025, in Washington, DC.


*Regina L. Ballard*
_____
REGINA BALLARD
Division Chief
Records Review & Release Division
Office of Records Management
Passport Services Directorate

Index of Administrative Record
*Abigail Carmichael Jordan v. Marco Rubio et. al.*
Civ. A. No. 1:24-cv-01844-TNM, United States District Court for the District of Columbia

| Date | Document type | Description | Bates Number |
|---|---|---|---|
| April 4, 2019 | Passport Application | U.S. passport application for Abigail Hope Carmichael ("Plaintiff"), executed on April 4, 2019, in Hampton, Virginia. | AR001 – AR002 |
| April 4, 2019 | Driver's License | Photocopy of Plaintiff's Virginia driver's license | AR003 |
| April 4, 2019 | Letter and Attachments | Letter from Plaintiff stating that she does not have a birth record. In addition to the letter, Plaintiff provided the following attachments:<br>• Letter from David Alan Carmichael, Plaintiff's father, dated April 4, 2019<br>• A copy of 8 FAM 403.5-8 | AR004 – AR007 |
| April 12, 2019 | Letter | Letter from the U.S. Department of State ("Department") informing Plaintiff that the evidence of U.S. citizenship or nationality she submitted is not acceptable for passport purposes and that she must submit a statement from the appropriate state registrar of records certifying that there is no birth record on file. The letter also notifies Plaintiff that her baptismal certificate is incomplete. It further requests that Plaintiff submit a combination early public records created near the time of her birth, which shows her name, date and place of birth. | AR008 – AR009 |
| September 10, 2019 | Document | Documents from Ancestry.com for Baby Girl Carmichael and David A. Carmichael | AR010 – AR013 |
| October 22, 2019 | Letter | Letter from the Department denying Plaintiff's 2019 passport application. | AR014 |
| September 15, 2022 | Passport Application | U.S. passport application for Abigail Carmichael Jordan ("Plaintiff"), | AR015 – AR016 |

U.S. Department of State – produced for purposes of litigation use only in *Abigail Carmichael Jordan v. Marco Rubio et. al.,* Civ. A. No. 1:24-cv-01844-TNM – not authorized for public release.

SENSITIVE BUT UNCLASSIFIED

| | | | |
|---|---|---|---|
| | | executed on September 15, 2022, in Norfolk, Virginia. | |
| November 9, 2022 | Letter | Letter from the U.S. Department of State ("Department") informing Plaintiff that her U.S. passport application was not properly executed and needs to be resubmitted for processing. The letter also notifies Plaintiff that the evidence of U.S. citizenship provided with the application is not acceptable and that she must provide additional documents to substantiate her birth. | AR017 – AR018 |
| December 27, 2022 | Passport Application | U.S. passport application of Plaintiff, executed on December 27, 2022, in Norfolk, Virginia. | AR019 – AR020 |
| January 4, 2023 | Letter | Information Request Letter from the Department informing Plaintiff that the evidence of U.S. citizenship submitted was not acceptable for passport purposes because a statement from the appropriate state registrar of records certifying that there is no birth record on file was not provided. The letter provides 90 days for Plaintiff to provide that evidence to the Department. | AR021 |
| April 4, 2023 | Letter and Attachments | Letter from Plaintiff in response to the Department's January 4 Information Request Letter. In addition to the letter, Plaintiff provided the following attachments:<br>• The Department's April 12, 2019 denial letter for Plaintiff's 2019 U.S. passport application<br>• Affidavit of David Alan Carmichael, Plaintiff's father<br>• Photocopy of Plaintiff's church membership<br>• Affidavit of Leslie Young Carmichael, Plaintiff's mother | AR022 – AR046 |

U.S. Department of State – produced for purposes of litigation use only in *Abigail Carmichael Jordan v. Marco Rubio et. al.,* Civ. A. No. 1:24-cv-01844-TNM – not authorized for public release.

SENSITIVE BUT UNCLASSIFIED

|  |  | <ul><li>Affidavit of Beth Mummert</li><li>Affidavit of Bonnie Everett</li><li>Photocopy of Plaintiff's immunization records</li><li>Photocopy of Plaintiff's bassinet card from Sentara Hospitals</li><li>Notarized Virginia Department of Health immunization record</li><li>Photocopy Plaintiff's marriage certificate</li><li>Photocopy of Plaintiff's Virginia driver's license</li></ul> |  |
|---|---|---|---|
| April 20, 2023 | Worksheet | Department's Secondary Birth Evidence Worksheet | AR047 |
| April 22, 2023 | Letter | Letter from the Department denying Plaintiff's December 27, 2022 passport application. | AR048 |
| June 11, 2023 | Letter | Letter from Plaintiff objecting to the denial of her passport application and requesting a passport denial hearing. | AR049 –AR050 |
| July 3, 2023 | Letter | Letter from the Department acknowledging Plaintiff's request for a hearing and explaining that Plaintiff is not entitled to a passport denial hearing under 22 C.F.R. § 51.70. | AR051 |

U.S. Department of State – produced for purposes of litigation use only in *Abigail Carmichael Jordan v. Marco Rubio et. al.,* Civ. A. No. 1:24-cv-01844-TNM – not authorized for public release.