IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Abigail Carmichael Jordan,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Marco Rubio, in his official capacity as U.S. Secretary of State, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:24-cv-01844-TNM |

**[PROPOSED] ORDER**

Upon consideration of the Federal Defendants' Motion to Extend the Time for Filing Their Response to Plaintiff's Motion for Summary Judgment; all responses and replies thereto; all prior pleadings and proceedings in this matter; and the entire record herein, it is hereby

**ORDERED** that the Federal Defendants' Motion is **DENIED**.

**SO ORDERED**.


Dated:_____

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　The Honorable Trevor N. McFadden
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge