IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Abigail Carmichael Jordan,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Marco Rubio, in his official capacity as U.S. Secretary of State, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:24-cv-01844-TNM |

**PLAINTIFF'S UNOPPOSED MOTION
TO DISPENSE WITH JOINT APPENDIX**

Plaintiff Abigail Carmichael Jordan respectfully moves to dispense with the joint appendix required under Local Civil Rule 7(n), and states as follows:

1.　On July 7, 2025, Defendants filed their summary-judgment reply brief, *see* Dkt. 46, which is the final brief on the parties' pending cross-motions for summary judgment, *see* Minute Order of June 17, 2025.

2.　Local Civil Rule 7(n) requires the plaintiff, "[i]n cases involving the judicial review of administrative agency actions," to file a joint appendix that contains "those portions of the administrative record that are cited or otherwise relied upon in any memorandum in support of or in opposition to any dispositive motion." LCvR 7(n)(1). This joint appendix must be filed "within 14 days following the final memorandum on the subject motion." LCvR 7(n)(2). A joint appendix in this case would therefore be due by July 21, 2025.

3.　Here, however, Defendants have already filed the full administrative record as an exhibit to their combined opposition and cross-motion for summary judgment. *See* Dkt. 41-2. The

1

size of this administrative record is relatively modest (51 pages), and the parties' briefs collectively cite 46 out of the 51 pages in that record. In these circumstances—where the administrative record is already on the docket and the parties cite nearly all the pages in that record—a joint appendix containing "those portions of the administrative record that are cited or otherwise relied upon" is unnecessary and would be duplicative. Accordingly, Plaintiff submits that the Court can and should dispense with the joint appendix in this case.

4. Pursuant to Local Civil Rule 7(m), the undersigned conferred with counsel for Defendants on July 9, 2025, regarding this motion. Counsel stated that Defendants do not oppose this motion.

WHEREFORE, Plaintiff respectfully requests that the Court enter an order dispensing with the joint appendix required under Local Civil Rule 7(n).

Dated: July 10, 2025

Respectfully submitted,

*/s/ Robert A. Batista*
Robert A. Batista (D.C. Bar No. 1618522)
   *Counsel of Record*
Jonathan C. Bond (D.C. Bar No. 1003728)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036-4504
Telephone: (202) 955-8500
Facsimile: (202) 467-0539
RBatista@gibsondunn.com
JBond@gibsondunn.com

*Counsel for Plaintiff*