IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Abigail Carmichael Jordan,<br><br>Plaintiff,<br><br>v.<br><br>Marco Rubio, in his official capacity as U.S. Secretary of State, *et al.*,<br><br>Defendants. | Case No. 1:24-cv-01844-TNM |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Unopposed Motion to Dispense with Joint Appendix, it is hereby **ORDERED** that the motion is **GRANTED**.

**SO ORDERED**.

Dated: _____

_____
The Honorable Trevor N. McFadden
United States District Judge